AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Jose & Norma Navarrette, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-CV-03082 |
| EK Real Estate Services, of NY, LLC, et. al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EK Real Estate Services, of NY, LLC and EasyKnock, Inc.

Date:   04/27/2022

/s/ D. Scott Funk
*Attorney's signature*

D. Scott Funk / 07550900
*Printed name and bar number*

Gray Reed
1300 Post Oak Blvd #2000
Houston, TX 77056
*Address*

sfunk@grayreed.com
*E-mail address*

(713) 986-7000
*Telephone number*

(713) 986-7100
*FAX number*